IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF KANSAS | ) ) ) | |
| Plaintiffs, | ) ) ) | CIVIL ACTION NO. |
| v. | ) ) | 6:12-cv-1110-EFM-JPO |
| NATIONAL COOPERATIVE REFINERY ASSOCIATION | ) ) ) | <u>NOTICE OF LODGING</u> <u>OF CONSENT DECREE</u> |
| Defendant. | ) ) ) | |

    Plaintiff, the United States of America, respectfully informs the Court and all parties of the lodging of a consent decree in the above-captioned case. The proposed Decree is attached to this Notice as Exhibit A and no other action is required by the Court at this time.

    Final approval by the United States and entry of the consent decree is subject to the Department of Justice's requirements set forth at 28 C.F.R. § 50.7 which provides, <u>inter</u> <u>alia</u>, for notice of the lodging of these consent decrees in the Federal Register, an opportunity for public comment, and consideration of any comments.

    After the close of the comment period and review of any new information by the Department of Justice, we will contact the Court with respect to any future action regarding the entry of this Consent Decree.

Respectfully submitted,

FOR THE UNITED STATES

BARRY R. GRISSOM
United States Attorney
District of Kansas
EMILY METZGER
Assistant United States Attorney
301 North Main Street
Wichita, Kansas 67212
(316) 269-6481
Emily.Metzger@usdoj.gov
Kansas Supreme Court Number 10750

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

/s/ David L. Dain
DAVID L. DAIN
Senior Attorney
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Ben Franklin Station
Washington, D.C.  20044-7611
(202) 514-3644

OF COUNSEL:
SARAH LABODA
Assistant Regional Counsel
U.S. Environmental Protection Agency
901 N. 5th Street
Kansas City, KS  66101

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2012, I caused to be served this

### NOTICE OF LODGING

to the Defendant's Counsel of Record listed below, via electronic notification:

COUNSEL FOR NATIONAL COOPERATIVE REFINERY ASSOCIATION

Julie R. Domike, Esq.
Kilpatrick Townsend & Stockton LLP
Suite 900
607 14th Street, NW
Washington, DC  20005-2018
office 202 824 1412
cell 301 518 0972
fax 202 315 3485
jdomike@kilpatricktownsend.com

Dated: 3/26/2012

//s// Vincent Basciano
VINCENT BASCIANO
United States Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
Room No. 6613
601 D. Street, N.W.
Washington, D.C.  20004
202.514.5518
F:  202.616.6583
Cell: 202.598.3362
Vincent.Basciano@USDOJ.Gov